ALAN E. GREEN ET AL. *v.* CHARLES DEWEISE ET AL.
(5327)

DUPONT, C. J., BORDEN and DALY, Js.

Argued May 6—decision released May 11, 1987

*James T. Flaherty,* for the appellants (defendants).

*Joseph A. Moniz,* with whom, on the brief, were *George M. Purtill* and *Steven M. Greenspan,* for the appellees (plaintiffs).

PER CURIAM. There is no error.